E-FILED
Friday, 23 July, 2021  02:26:25 PM
Clerk, U.S. District Court, ILCD

EFILED
5/3/2021 12:22 PM
Melissa Quick
Clerk of the Circuit Court
Vermilion County, Illinois
CH, Deputy Clerk

CAUSE NO. 2021L 000019

| | | |
|---|---|---|
| **DANVILLE HOSPITALITY, d/b/a SUNRISE INN OF DANVILLE**  *Plaintiff,* | § § § § | IN THE DISTRICT COURT OF |
| vs. | § § | VERMILION COUNTY, ILLINOIS |
| **WESTERN WORLD INSURANCE COMPANY**  *Defendant.* | § § § § | 5TH JUDICIAL DISTRICT |

## COMPLAINT

Plaintiff, Danville Hospitality d/b/a Sunrise Inn of Danville ("Sunrise Inn"), sues Defendant, Western World Insurance Company ("Western World"), and alleges as follows:

### NATURE OF ACTION, JURISDICTION, PARTIES, AND VENUE

1. This is an action for breach of contract and violation of 215 ILCS 5/155 arising out of Western World's failure to investigate and pay the full amount benefits due under the scope of the insurance policy.

2. The Court has jurisdiction over this action because the amount in controversy exceeds $30,001.00, exclusive of attorney's fees, interest, and costs.

3. Venue is proper in this county because Western World delivered the insurance policy to Sunrise Inn in Danville, Illinois

4. Sunrise Inn is a hospitality company in Illinois, with its principal place of business in Danville, Illinois.

5. Upon information and belief, Western World is an insurance company incorporated in New Jersey, with its principal place of business in Parsippany, New Jersey.

1

## GENERAL ALLEGATIONS

6.  Western World issued a commercial property insurance policy to Sunrise Inn, Policy No. BRB0003819, with effective dates November 30, 2018 to November 30, 2019 ("Policy"). A copy of the Policy is attached as Exhibit A.

7.  In exchange for a premium paid by Sunrise Inn, the Policy provided all-risk commercial property coverage with a $2,218,000 limit per schedule as follows:

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM**

A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

\* \* \* \* \*

**CAUSE OF LOSS – SPECIAL FORM**

A. Covered Causes of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

1.  Excluded in Section **B.**, Exclusions; or

2.  Limited in Section **C.**, Limitations;

that follow.

8.  Sunrise Inn's property located at 388 East Gate Drive, Danville, Illinois 61834 ("Property") is covered under the policy.

9.  On or around May 22, 2019, the Property was struck by a severe wind and hailstorm

10. Sunrise Inn notified Western World of the loss the next day, May 23, 2019, due to the wind and hailstorm.

2

11. On an undisclosed date, an unknown and undisclosed field adjuster for Western World inspected the Property.

12. Without evidence and without a report, Western World found that the damage to the Property's roof was due to regular wear and tear, corrosion, and deterioration.

13. Western World then hired an engineer that concluded the damage done to the Property was due to water damage as a result of open seams, wear and tear, and deterioration of the roof membrane that occurred over time.

14. Sunrise Inn retained an impartial expert to evaluate the damage of the roof and the report concluded that there was significant hail damage throughout the roof system. The estimated cost of repair for the roof is $182,685.81. A copy of the report is attached as Exhibit B.

15. The expert found that Property's roof was severely damaged, and the Plaintiff attempted to mitigate the damages by installing a single-ply wooden membrane to the roof.

16. Because Western World has offered only to pay Sunrise Inn $289.66 for the damages sustained due to the hail and windstorm that affected the Property, Sunrise Inn was compelled to retain counsel to represent its interests in this action in exchange for payment of reasonable fees.

17. All conditions precedent to the institution of this action have been performed, waved, or excused.

## COUNT I – BREACH OF CONTRACT

18. Sunrise Inn re-alleges the allegations contained in Paragraphs 1-16.

19. The Policy is a valid and enforceable contract under Illinois Law.

20. Sunrise Inn's Property was insured under the Policy on or around May 22, 2019, when the Property was damaged by a severe wind and hailstorm.

21. Sunrise Inn timely notified Western World of the loss described herein and performed all its obligations under the policy.

22. Western World breached the Policy by refusing to pay benefits due under the Policy.

23. As a direct and proximate result of Western World's breach, Sunrise Inn has suffered and continues to suffer damages.

WHEREFORE, Sunrise Inn respectfully requests judgment against Western World for all benefits due under the Policy, together with the pre-judgment and post-judgment interest, attorney's fees, court costs, and such other relief as this Court deems just and equitable.

## COUNT II – VIOLATION OF 215 ILCS 5/155

24. This action involves Western World's liability to pay benefits to Sunrise Inn for a loss covered under the insurance Policy.

25. The Policy imposes fiduciary obligations upon Western World as Sunrise Inn's insurer.

26. Western World was obligated to act fairly and in good faith, with due regard for Sunrise Inn's interests.

27. Western World violated 215 ILCS 5/155 by failing to reasonably investigate causation for exterior damages and by failing to make a good faith settlement offer for Sunrise Inn's claim, where Western World could and should have done so.

28. Rather than determine the actual cause of the damage to the roofing system or apportion repair costs for the roofing system and tangential losses, Western World speculated about causation to categorically deny coverage for all damages to the Property.

29. Western World's settlement offer of only $289.66 after the deductible, which Western World offered without adequately investigating causation or attempting to apportion payment for covered damages, was not reasonable when Sunrise Inn incurred damages amounting to $182,685.81.

30. Western World's actions throughout its investigation, up through and including its coverage denial and refusal to enter into a reasonable settlement thereafter constitute a vexatious and unreasonable disregard for Sunrise Inn's rights.

31. As a direct and proximate result of Western World's actions and/or inactions, Sunrise Inn was damaged.

32. WHEREFORE, Sunrise Inn respectfully requests judgement against Western World for damages, including reasonable attorney's fees, other costs, and an amount not exceeding the lesser of: (i) sixty percent of the amount which this Court or a jury finds Sunrise Inn is entitled to recover against Western World, exclusive of all costs; (ii) $60,000; or (iii) the excess of the amount which this Court or a jury finds Sunrise Inn is entitled to recover, exclusive of costs, over the amount, if any, which Western World offered to pay in settlement of the claim prior to the action, pursuant to 215 ILCS 5/155, and such other relief as this Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Sunrise Inn demands a trial by jury on all issues so triable.

[This Portion of the Page Intentionally Left Blank]

Dated this 3rd day of May, 2021.

                            Respectfully submitted,

                            **THE POTTS LAW FIRM, LLP**

By:    */s/ Britney Jackson*
        **Britney Jackson**
        SBN:   6335336
        3737 Buffalo Speedway, Suite 1900
        Houston, Texas 77098
        Telephone (713) 963-8881
        Facsimile (713) 583-5388
        Emails: bjackson@potts-law.com

        **ATTORNEY FOR PLAINTIFF**

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT Vermilion COUNTY | SUMMONS | For Court Use Only |
|---|---|---|

**Instructions ▼**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

Danville Hospitality d/b/a Sunrise Inn of Danville
Plaintiff / Petitioner *(First, middle, last name)*

v.

Western World Insurance Company
Defendant / Respondent *(First, middle, last name)*

2021L 000019
Case Number

---

In **1**, if your lawsuit is for money, enter the amount of money you seek from the Defendant/Respondent.

In **2**, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form.

In **3**, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form.

1. **Information about the lawsuit:**
   Amount claimed:  $ 182,685.81 Plus Attorney Fees/Expenses

2. **Contact information for the Plaintiff/Petitioner:**
   Name *(First, Middle, Last)*: Andrew Woellner, The Potts Law Firm, LLP
   Street Address, Apt #: 3737 Buffalo Speedway, Suite 1900
   City, State, ZIP: Houston, Texas 77098
   Telephone: (713) 963-8881
   See attached for additional Plaintiff/Petitioner contact information

3. **Contact information for the Defendant/Respondent:**
   Name *(First, Middle, Last)*: Director of Insurance, Illinois Department of Insurance
   Street Address, Apt #: 122 S. Michigan Avenue, 19th Floor
   City, State, ZIP: Chicago, IL 60603
   Telephone: (312) 814-2420
   See attached for additional Defendant/Respondent contact information

---

**Important Information for the person receiving this form:**

You have been sued.
Follow the instructions on the next page on how to appear/answer.
- If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking.
- Your written appearance/answer must be filed on time and in the proper form.
- Forms for a written appearance/answer are available here: http://www.illinoiscourts.gov/forms/approved/default.asp

If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees*.
You should read all of the documents attached.

Enter the Case Number given by the Circuit Clerk:_____

| | |
|---|---|
| In **4**, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/ Respondent must file their response. | **4. Instructions for person receiving this form (Defendant/Respondent):**<br>To respond to this *Summons* you must:<br>☐ Go to court:<br>  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.<br>  Address: _____ Court Room: _____<br>  City, State, ZIP: _____<br><br>☐ File a written *Appearance* and *Answer/Response* with the court:<br>  On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.<br>  Address: _____<br>  City, State, ZIP: _____<br><br>☑ File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").<br>  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.<br>  Address: _____<br>  City, State, ZIP: _____ |
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** 6/4/2021<br><br>**Clerk of the Court:** *[signature]*<br><br>**By:** *Chelsey Hall* [signature]<br><br>*[Seal of the Circuit Court]* |
| **STOP!** The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of its date, listed above.**<br><br>Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)* |
| **Plaintiff/Petitioner:** | To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process. |
| **Attention:** | E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. |

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | **AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION** | *For Court Use Only* |
|---|---|---|
| Vermilion COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | Danville Hospitality d/b/a Sunrise Inn of Danville <br> **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the name of the person you are suing as Defendant/Respondent. | V. <br><br> Western World Insurance Company <br> **Defendant / Respondent** *(First, middle, last name)* | 2021L 000019 <br> **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | | |

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

**DO NOT** complete this section. The sheriff will complete it.

**My name is** _____ **and I swear under oath**
*First, Middle, Last*

**that I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male: ☐    Female: ☐    Approx. Age: _____   Hair Color: _____
Height: _____   Weight: _____
On this date: _____   at this time: _____   ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

☐ At the Defendant/Respondent's home:
On this date: _____   at this time: _____   ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
Male: ☐    Female: ☐    Approx. Age: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____, 20 _____.

☐ On the Corporation's agent, _____
*First, Middle, Last*
On this date: _____   at this time: _____   ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk:_____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff, or private process server will complete it. | **By:** |

_____
*Signature*

_____
*Print Name*

**FEES**
By certified/registered $ _____
Service and Return $ _____
Miles: _____ $ _____
Total    $ _____